ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SLOAN HEFFRON (CABN 285347)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7027
    Sloan.heffron@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FRANCIS PAUL CHICK, <br><br> Defendant. | No. CR 18-00183 RS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER SETTING HEARING DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |

The parties appeared before the Court on June 26, 2018 for a status conference. The defendant was present and represented by attorney Robert Waggener. The government was represented by Assistant United States Attorney Sloan Heffron. Counsel for defendant represented that additional time was needed for attorney preparation.

The Court set a further status conference for July 31, 2018 at 2:30 p.m. Counsel for defendant requested that time be excluded under the Speedy Trial Act between June 26, 2018 and July 31, 2018 to ensure effective preparation. The Government did not object to the request to exclude time.

STIPULATION AND [PROPOSED] ORDER
CR 18-00183 RS

Therefore, the parties agree, and the Court finds and holds, as follows:

1. This matter is set before this Court for a status conference on July 31, 2018.

2. The time between June 26, 2018 and July 31, 2018 is excluded under the Speedy Trial Act. Failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A).

Dated: 6/26/2018

/s/ *Robert Waggener*
ROBERT WAGGENER
Counsel for Defendant Francis Paul Chick

Dated: 6/26/2018

/s/ *Sloan Heffron*
SLOAN HEFFRON
Assistant United States Attorney

IT IS SO ORDERED.

Dated: 6/26/18

RICHARD SEEBORG
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 18-00183 RS